# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Masonry Industry Trust Administration Inc <br> *Plaintiff* <br> v. <br> D/J Masonry LLC <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 2:15-cv-00185-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff **Masonry Industry Trust Administration, Inc**. recover from the defendant **D/J Masonry, LLC** the amounts:

**$460,736.21**, in ERISA and Ancillary Contributions; **$260,063.02** in interest calculated through September 25, 2017, with interest continuing to accrue at the rate of $210.12 per day until paid; and **$41,877.00** in liquidated damages on ERISA Contributions.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Salvador Mendoza, Jr.   .

Date:  11/9/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler