# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 01, 2018**

SEAN F. McAVOY, CLERK

Masonry Industry Trust Administration Inc, an Oregon corporation

*Plaintiff*

v.

D/J Masonry LLC, a Washington limited liability company

*Defendant*

Civil Action No. 2:15-cv-00185-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's FRCP 54(d) Motion for Attorney Fees and Costs, ECF No. 115, is GRANTED. Plaintiff is awarded $8,685.00 in audit fees, $45,841.00 in attorney's fees, and $536.90 in costs, for a total of $55,062.90. Judgment for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion for Attorney Fees and Costs, ECF No. 115.

Date: 2/1/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler